

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-12-00663-CV

**UNITED RESOURCES, L.P.,**
Appellant

v.

**SEPCO TUBULARS,** Padre Tubulars Inc., Jesse Ortega and Collinsworth Well Treatment, Inc.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 05-10-13092CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Luz Elena D. Chapa, Justice

This appeal was originally set for submission on September 10, 2013. The appeal is withdrawn from submission. The appeal will be resubmitted on January 9, 2014, for a decision on briefs before the following panel: Chief Justice Stone, Justice Marion, and Justice Chapa.

**PER CURIAM**

ATTESTED: _____
Keith E. Hottle
Clerk of Court